IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAMIEN WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-808-NJR-DGW |
| | ) | |
| MARVIN BARTENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On September 4, 2015, attorney Hugh P. McCloskey was appointed to represent Plaintiff in this matter.   After Mr. McCloskey entered an appearance and participated in a telephonic status conference on October 23, 2014 (Doc. 27), a schedule was entered in this matter (Doc. 32).   It further appears that Mr. McCloskey has been in contact with defense counsel.   Nonetheless, Plaintiff has submitted two affidavits and one Motion for Status indicating that he has had no contact with Mr. McCloskey since his appointment to this case (Docs. 36, 37, and 39).   Plaintiff's Motion for Status is **STRICKEN** (Doc. 39).   Plaintiff is represented by counsel and any such motions should be filed by counsel.

In any event, in light of the impending discovery deadline, this matter is **SET** for a telephonic status conference on **August 27, 2015 at 2:30 p.m.**   Defendant shall initiate the conference call.   The parties should be prepared to discuss any outstanding discovery or other matters.

**IT IS SO ORDERED.**

**DATED: August 20, 2015**

**DONALD G. WILKERSON**
**United States Magistrate Judge**